**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re** | ) | **Chapter 7** |
| | ) | |
| **MICHAEL THOMAS,** | ) | **Case No. 12-15992** |
| | ) | |
| **Debtor.** | ) | **Hon. Judge Bruce W. Black** |
| | | **(Joliet)** |

**NOTICE OF MOTION**

To:     **See Attached Service List**

        **PLEASE TAKE NOTICE** that on **Friday, January 6, 2017 at 9:00 a.m.**., I shall appear before the Honorable Judge Bruce W. Black, Joliet City Hall, 150 West Jefferson Street, 2nd floor, Joliet, Illinois and shall then and there present the attached **FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF CHUHAK & TECSON, P.C. AS COUNSEL TO CHAPTER 7 TRUSTEE,** at which time you may appear if you so desire.

                                        */s/ Peter N. Metrou*
                                        **Bankruptcy Trustee**

**PROOF OF SERVICE**

        I, the undersigned attorney, certify that I served a copy of this Notice and attached First and Final Application for Compensation upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in U.S. Mail, Illinois on the 23rd day of November 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                        */s/ Miriam R. Stein*
                                        **Counsel to the Bankruptcy Trustee**

Prepared by:
Miriam R. Stein
Chuhak & Tecson P.C.
30 S. Wacker Drive, 26th Floor
Chicago, IL 60606
Phone: (312) 855-6109
mstein@chuhak.com

3115271.1.25673.59100

## SERVICE LIST

### Via ECF:

- Ernesto D Borges   notice@billbusters.com, billbusters@iamthewolf.com;BillBusters@ecf.inforuptcy.com
- Katrina A Cox   katrinacox.esq@gmail.com
- Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
- Martin A. Lear   notice@billbusters.com, billbusters@bestclientinc.com;BillBusters@ecf.inforuptcy.com
- Peter N Metrou   met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
- Roman Sukley   USTPRegion11.es.ecf@usdoj.gov, roman.l.sukley@usdoj.gov;cameron.g.gulden@usdoj.gov
- Marc Wagman   mwagman@billbusters.com, mgwagman@gmail.com

### Via U.S. Mail

Michael Thomas
4718 W. Lilac
Monee, IL 60449

Assistant Attorney General
Tax Division
P.O. Box 55 Ben Franklin
Station
Washington, DC 20044-
0055

Calvary Portfolio Services
LLC
500 Summit Lake Dr.,
Suite 400
Valhalla, NY 10595-2322

City of Chicago
Department of Revenue
c/o Arnold Scott Harris PC
222 Merchandise Mart
Plaza, Ste. 1932
Chicago, IL 60654-1420

Fifth Third Bank
MD# ROPS05 Bankruptcy
Dept.
1850 East Paris SE
Grand Rapids, MI 49546-
6253

GEMB/Walmart
Attn: Bankruptcy
P.O. Box 103104
Roswell, GA 30076-9104

Internal Revenue Service
Centralized Insolvency
Operations
P.O. Box 7346
Philadelphia, PA 19101-
7346

Metabnk/ fhut
6250 Ridgewood Roa
Saint Cloud, MN 56303-
0820

Quantum3 Group LLC as
agent for
Razor Capital II LLC
P.O. Box 788
Kirkland, WA 98083-0788

The Bureaus Inc.
Attention: Bankruptcy
Dept.
1717 Central St.
Evanston, IL 60201-1507

Barclays  Bank Delaware
Attention: Bankruptcy
P.O. Box 1337
Philadelphia, PA 19101

Camille Thomas
c/o State Disbursement
Unit
P.O. Box 5400
Carol Stream, IL 60197-
5400

3115271.1.25673.59100

Collection/Credit
Collection Services
P.O. Box 9133
Needham, MA 02494-
9133

First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104-
4868

Heritage Acceptance Corp.
121 S. Main St.
Elkhart, IN 46516

Internal Revenue Service
Official Bankruptcy
Address
P.O. Box 7317
Philadelphia, PA 19101-
7317

Premier Bankcard/Charter
P.O. Box 2208
Vacaville, CA 95696-8208

Regional Acceptance Co.
Attention: Bankruptcy
266 Beacon Ave.
Winterville, NC 28590

Applied Card Bank
Attention: Bankruptcy
P.O. Box 17125
Wilmington, DE 19850-
7125

Bureaus Investment Group
Portfolio No 15, LLC
c/o Recovery Management
Systems Corp.
25 SE 2nd Avenue, Suite
1120
Miami, FL 33131-1605

City of Chicago- Dept. of
Revenue
P.O. Box 88292
Chicago, IL 60608-1292

Department of the
Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-
7346

GE Capital Retail Bank
c/o Recovery Management
Systems Corp.
25 SE 2nd Ave., Suite 1120

Miami, FL 33131-1605

Keystone Recovery
Partners LLC, Series A
c/o Weinstein and Riley,
PS
2001 Western Avenue, Ste
400
Seattle, WA 98121-3132

Quantum3 Group LLC, as
agent for
MOMA Funding, LLC
P.O. Box 788
Kirkland, WA 98083-0788

Regional Acceptance
Corporation
P.O. Box 1847
Wilson, NC 27894-1847

Fifth Third Bank Chicago
P.O. Box 630778
Cincinnati, OH 45263

Internal Revenue Service
Mail Stop 510 CHI
230 S. Dearborn St.
Chicago, IL 60604

3115271.1.25673.59100

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | **Chapter 7** |
| | ) | |
| **MICHAEL THOMAS,** | ) | **Case No. 12-15992** |
| | ) | |
| Debtor. | ) | **Hon. Judge Bruce W. Black** |

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF CHUHAK & TECSON, P.C. AS COUNSEL TO CHAPTER 7
TRUSTEE**

Chuhak & Tecson, P.C. ("Chuhak"), counsel for Peter N. Metrou, not individually but solely in his capacity as Chapter 7 Trustee (the "Trustee") of the Estate of Michael Thomas ("Debtor") pursuant to 11 U.S.C. §§ 330 and 331, applies to this Court for an entry of an order: (a) allowing as first and final compensation the amount of $2,840.00 for legal services rendered during the period October 20, 2015 through November 17, 2016 ("Compensation Period"); and (b) authorizing the Trustee to pay the allowed fees and expenses for the Compensation Period. In support thereof, Chuhak respectfully states as follows:

**BACKGROUND**

1.      On April 19, 2012, the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2.      The Debtor's case was subsequently converted to a case under Chapter 7 of the Bankruptcy Code on January 30, 2013.

3.      Thomas B. Sullivan ("Trustee Sullivan") was appointed as Chapter 7 Trustee and held the Debtor's meeting of creditors.  At the 341 meeting, Debtor disclosed a federal worker's compensation cause of action against his then employer Amtrak, and based on the information provided, Trustee Sullivan filed a Report of No Distribution on July 2, 2013.

1

4.     Subsequently in 2014, Debtor filed a cause of action against National Railroad Passenger, Corporation, d/b/a Amtrak ("Amtrak") which is now pending under case number 2014 L 002643 (the "Lawsuit").

5.     Since the filing of the cause of action against Amtrak, it has been discovered that various elements of the damages claimed by the Debtor may not be fully exempt by the Debtor, and thus, the Debtor's Chapter 7 case was reopened on April 10, 2015.

6.     The Trustee, Peter N. Metrou, was appointed to serve as the successor Chapter 7 Trustee in the above captioned matter.

7.     On October 30, 2015, the Court approved the Trustee's retention of Chuhak as his counsel in this case, retroactive to October 5, 2015.

8.     On November 6, 2015, the Court sustained the Trustee's objection to the Debtor's claim of exemption in the Lawsuit.  Debtor was granted leave to amend his Schedule C for a period of thirty (30) days following the entry of a final order with respect to the Lawsuit.

9.     On November 15, 2016, the Trustee filed a Motion to Approve Compromise/Settlement for hearing on December 2, 2016.  The Motion seeks approval of a settlement with Amtrak pursuant to which the sum of $175,000.00 will be paid to the bankruptcy case in full and final settlement of the Lawsuit.

**Narrative Summary of Services**

10.     Itemized and detailed descriptions of the specific services rendered by Chuhak to the Trustee are reflected on the billing statements attached hereto as Exhibit A.  The billing statements set forth the name of each attorney or paralegal, the amount of time expended rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

3111904.1.25673.59100

11.     As reflected on Exhibit A, since its retention, Chuhak has assisted the Trustee in the administration of this case including, analyzing issues with respect to the Debtor's claim of exemptions, filing an objection to the exemptions, and assisting the Trustee with the proposed settlement of the Lawsuit.

12.     The fees and time expended by each billing professional is set forth below and summarized as follows:

| Attorney / Professional | Specialty | Hours | Hourly Rates (2015/2016) | Total Fees |
|---|---|---|---|---|
| Miriam R. Stein (MRS) | Bankruptcy | 8.40 | $330/hour (2015) $350/hour (2016) | $2,840.00 |
| | **TOTALS:** | **8.40** | | **$2,840.00** |

13.     The hourly rates listed above are customary and reasonable and are the same hourly rates charged to Chuhak's non-bankruptcy clients for various other matters.

14.     Chuhak rendered actual and necessary service to the Trustee and the Debtor's estate.

15.     Chuhak respectfully submits that the fees and expense reimbursement sought herein are reasonable given the nature, extent and value of the services rendered, the quality and skill which the situation required, and the costs of comparable services in other cases under Chapter 7, and that time has been fairly and properly expended.

16.     Chuhak expended a total of 8.40 hours for the services provided to the Trustee. Based on the hourly charges of Chuhak set forth above, Chuhak requests that the Court determine and allow it on a final basis $2,840.00 as compensation pursuant to Section 330 of the Bankruptcy Code.

17.     A copy of the Application has been sent to the Trustee, the United States Trustee, the Debtor's creditors and all other parties requesting notice in this case.

3111904.1.25673.59100

WHEREFORE, Chuhak & Tecson, P.C. respectfully request that the Court enter an

Order:

(A)     Allowing and awarding it final compensation in the amount of $2,840.00 for

actual and necessary professional services rendered on behalf of the Trustee

during the Compensation Period;

(B)     Authorizing the Trustee to pay the allowed fees in the amount of $2,840.00 on a

final basis;

(C)     Finding notice as provided is sufficient under the circumstances; and

(D)     Granting such other and further relief as the Court deems just and proper.

CHUHAK & TECSON, P.C.

By:     /s/ Miriam R. Stein
                    One of its attorneys

Miriam R. Stein (#6238163)
CHUHAK & TECSON P.C.
30 S. Wacker Drive, 26th Floor
Chicago, IL 60606
(312) 444-9300
mstein@chuhak.com

4

3111904.1.25673.59100