# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL THOMAS | § | Case No. 12-15992 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter of the United States Bankruptcy Code was filed on 04/19/2012 . The case was converted to one under Chapter 7 on 01/30/2013 . The undersigned trustee was appointed on 04/14/2015 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---:|
| 4. The trustee realized gross receipts of | $ | 175,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 53,187.88 |
| Bank service fees | | 161.02 |
| Other payments to creditors | | 69,749.06 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 15,000.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 36,902.04 |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/11/2015 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 11,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 11,250.00 , for a total compensation of $ 11,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 79.37 , for total expenses of $ 79.37 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/18/2017           By: /s/Peter N. Metrou, Trustee
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| Case No: | 12-15992 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | MICHAEL THOMAS | | | | Date Filed (f) or Converted (c): | 01/30/2013 (c) |
| | | | | | 341(a) Meeting Date: | 02/28/2013 |
| For Period Ending: | 05/18/2017 | | | | Claims Bar Date: | 08/11/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Savings Account - Fifth Third Bank | 2.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account - Fifth Third Bank | 40.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Used Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 4. Personal Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. Employer Term Life Insurance - No Cash Surrender V | 0.00 | 0.00 | | 0.00 | FA |
| 6. Pension Through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2003 Nissan Altima - 66,000 Miles Value Per NADA C | 9,700.00 | 0.00 | | 0.00 | FA |
| 8. 2011 Nissan Versa - 10,000 Miles Value Per NADA Cl | 14,000.00 | 0.00 | | 0.00 | FA |
| 9. Federal Employers Liability Act Lawsuit      (u) | 300,000.00 | 175,000.00 | | 175,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $324,842.00        $175,000.00        $175,000.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case re-opened 4-10-15. Employed counsel to pursue pending PI case 5/24/2015. Objection to exemptions pending and employed counsel Attorney Stein 10-30-15. Objection to exemption granted. Settlement completed and approved by court 11-15-2016--awaiting funds.

RE PROP #        9    --    Unscheduled Pending Lawsuit.  Objection to exemption pending.  Debtor amended schedules with a value of $300,000 of which actual value is truly not known at this time.

Initial Projected Date of Final Report (TFR): 05/07/2016        Current Projected Date of Final Report (TFR): 05/01/2017

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-15992 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MICHAEL THOMAS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5827 |
| | Checking |
| Taxpayer ID No: XX-XXX4423 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 05/18/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Amtrak<br>30th and Market Streets<br>Philadelphia, PA 19104 | Settlement on Personal Injury Case | | $163,966.99 | | $163,966.99 |
| | | | Gross Receipts    $175,000.00 | | | | |
| | | Railroad Retirement Board | PI Lien Payment    ($11,033.01) | 4210-000 | | | |
| | 9 | | Federal Employers Liability Act Lawsuit    $175,000.00 | 1242-000 | | | |
| 02/20/17 | 5001 | Harrington, Thompson, Acker & Harrington, Ltd.<br>1 North LaSalle Dr.<br>Suite 3150<br>Chicago, IL 60602 | Court Approved Attorneys fees<br>See Dckt # 63 | 3210-000 | | $43,750.00 | $120,216.99 |
| 02/20/17 | 5002 | Harrington, Thompson, Acker & Harrington, Ltd.<br>1 North LaSalle Dr.<br>Suite 3150<br>Chicago, IL 60602 | Court Approved Attorneys Costs<br>See dckt# 63 | 3220-000 | | $6,597.88 | $113,619.11 |
| 02/20/17 | 5003 | Orland Finance<br>14300 Ravinia Ave.<br>Suite 200<br>Orland Park, IL 60462 | Court Approved Attorneys Costs<br>See dckt# 63 | 4210-000 | | $56,216.05 | $57,403.06 |
| 02/20/17 | 5004 | Assurance Operation Services<br>SourceRM-Subro<br>Anthem Right of Receovery Depart<br>P.O. Box 11096<br>Lexington, KY 40512 | Court Approved<br>See dckt# 63 | 4210-000 | | $2,500.00 | $54,903.06 |
| 02/20/17 | 5005 | Camille Thomas<br>4718 W. Lilac<br>Monee, IL 60449 | Court Approved exemption<br>See dckt# 63 | 8100-002 | | $15,000.00 | $39,903.06 |
| 02/20/17 | 5006 | Chuhak & Tecson P. C.<br>30 S. Wacker Drive, 26th Floor<br>Chicago, IL 60606 | Court Approved Attorneys fees<br>See dckt# 65 | 3210-000 | | $2,840.00 | $37,063.06 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.02 | $36,902.04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 4)* | | | Page Subtotals: | | $163,966.99 | $127,064.95 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $163,966.99 | $127,064.95 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $163,966.99 | $127,064.95 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $163,966.99 | $112,064.95 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5827 - Checking | $163,966.99 | $112,064.95 | $36,902.04 |
|  | $163,966.99 | $112,064.95 | $36,902.04 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $11,033.01 |
|---|---|
| Total Net Deposits: | $163,966.99 |
| Total Gross Receipts: | $175,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-15992-BWB  
Debtor Name: MICHAEL THOMAS  
Claims Bar Date: 8/11/2015  
Date: May 18, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 99 8100 | Camille Thomas<br>4718 W. Lilac<br>Monee, IL 60449 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $15,000.00 | $15,000.00 |
| 100 2100 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $11,250.00 | $11,250.00 |
| 100 2200 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL 60543 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $79.37 | $79.37 |
| 100 3210 | Chuhak & Tecson P. C.<br>30 S. Wacker Drive, 26th Floor<br>Chicago, IL 60606 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,840.00 | $2,840.00 |
| 100 3210 | Harrington, Thompson, Acker & Harrington, Ltd.<br>1 North LaSalle Dr.<br>Suite 3150<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $43,750.00 | $43,750.00 |
| 100 3220 | Harrington, Thompson, Acker & Harrington, Ltd.<br>1 North LaSalle Dr.<br>Suite 3150<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | | $0.00 | $6,597.88 | $6,597.88 |
| 100 3701 | Ernesto Borges<br>Ledford, Wu, and Borges<br>105 W. Madison Street<br>23rd Floor<br>Chicago, IL 60602 | Administrative<br>Payment Status:<br>Valid To Pay | Per c/o see Dkt# 20. Borges was paid $500.00 by Debtor, prior to Trustee receiving any funds. | $3,500.00 | $3,500.00 | $3,000.00 |
| 1 300 7100 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured<br>Payment Status:<br>Valid To Pay | | $11,268.00 | $3,770.77 | $3,770.77 |
| 2 300 7100 | HERITAGE ACCEPTANCE CORP<br>121 S MAIN ST.<br>ELKHART, IN 46516 | Unsecured<br>Payment Status:<br>Valid To Pay | | $11,559.00 | $7,290.19 | $7,290.19 |

Page 1    Printed: May 18, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-15992-BWB  
Debtor Name: MICHAEL THOMAS  
Claims Bar Date: 8/11/2015  

Date: May 18, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 3<br>300<br>7100 | KEYSTONE RECOVERY PARTNERS LLC, SERIES A<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured<br>Payment Status:<br>Valid To Pay | | $732.00 | $732.06 | $732.06 |
| 4<br>300<br>7100 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>Payment Status:<br>Valid To Pay | | $171.00 | $171.33 | $171.33 |
| 5<br>300<br>7100 | CALVARY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR. SUITE 400<br>VALHALLA, NY 10595 | Unsecured<br>Payment Status:<br>Valid To Pay | | $826.00 | $828.46 | $828.46 |
| 6<br>300<br>7100 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Unsecured<br>Payment Status:<br>Valid To Pay | | $1,072.00 | $1,085.37 | $1,085.37 |
| 8<br>300<br>7100 | CITY OF CHICAGO DEPARTMENT OF REVENUE<br>C/O ARNOLD SCOTT HARRIS PC<br>222 MERCHANDISE MART PLAZA STE.1932<br>CHICAGO, IL 60654 | Unsecured<br>Payment Status:<br>Valid To Pay | | $635.00 | $634.40 | $634.40 |
| 9<br>300<br>7100 | PREMIER BANKCARD/ CHARTER<br>P.O. Box 2208<br>Vacaville, CA 95696 | Unsecured<br>Payment Status:<br>Valid To Pay | | $446.00 | $445.67 | $445.67 |
| 10<br>300<br>7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | | $1,434.00 | $1,434.13 | $1,434.13 |
| 11<br>300<br>7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>RaZor Capital II LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $1,036.04 | $1,036.04 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-15992-BWB  Date: May 18, 2017
Debtor Name: MICHAEL THOMAS
Claims Bar Date: 8/11/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 12<br>300<br>7100 | REGIONAL ACCEPTANCE CORPORATION<br>PO BOX 1847<br>WILSON, NC 27894-1847 | Unsecured<br>Payment Status:<br>Valid To Pay | | $0.00 | $15,613.91 | $15,613.91 |
| 7<br>400<br>4110 | REGIONAL ACCEPTANCE CORPORATION<br>PO BOX 1847<br>WILSON, NC 27894-1847 | Secured<br>Payment Status:<br>Withdrawn | | $21,313.00 | $21,041.65 | $21,041.65 |
| 400<br>4210 | Assurance Operation Services | Secured<br>Payment Status:<br>Valid To Pay | | $0.00 | $2,500.00 | $2,500.00 |
| 400<br>4210 | Orland Finance<br>14300 Ravinia Ave.<br>Suite 200<br>Orland Park, IL 60462 | Secured<br>Payment Status:<br>Valid To Pay | | $0.00 | $56,216.05 | $56,216.05 |
| 400<br>4210 | Railroad Retirement Board | Secured<br>Payment Status:<br>Valid To Pay | | $0.00 | $11,033.01 | $11,033.01 |
| | Case Totals | | | $52,956.00 | $206,850.29 | $206,350.29 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-15992
Case Name: MICHAEL THOMAS
Trustee Name: Peter N. Metrou, Trustee

Balance on hand $ 36,902.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Railroad Retirement Board | $ 11,033.01 | $ 11,033.01 | $ 11,033.01 | $ 0.00 |
| | Assurance Operation Services | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 0.00 |
| | Orland Finance | $ 56,216.05 | $ 56,216.05 | $ 56,216.05 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 36,902.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 11,250.00 | $ 0.00 | $ 11,250.00 |
| Trustee Expenses: Peter N. Metrou | $ 79.37 | $ 0.00 | $ 79.37 |
| Attorney for Trustee Fees: Harrington, Thompson, Acker & Harrington, Ltd. | $ 43,750.00 | $ 43,750.00 | $ 0.00 |
| Attorney for Trustee Expenses: Harrington, Thompson, Acker & Harrington, Ltd. | $ 6,597.88 | $ 6,597.88 | $ 0.00 |
| Other: Chuhak & Tecson P. C. | $ 2,840.00 | $ 2,840.00 | $ 0.00 |
| Other: Ernesto Borges | $ 3,000.00 | $ 0.00 | $ 3,000.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 14,329.37 |
| Remaining Balance | $ | 22,572.67 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,042.33  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  68.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY | $ 3,770.77 | $ 0.00 | $ 2,575.98 |
| 2 | HERITAGE ACCEPTANCE CORP | $ 7,290.19 | $ 0.00 | $ 4,980.25 |
| 3 | KEYSTONE RECOVERY PARTNERS LLC, SERIES A | $ 732.06 | $ 0.00 | $ 500.10 |
| 4 | GE CAPITAL RETAIL BANK | $ 171.33 | $ 0.00 | $ 117.04 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | CALVARY PORTFOLIO SERVICES LLC | $ 828.46 | $ 0.00 | $ 565.96 |
| 6 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | $ 1,085.37 | $ 0.00 | $ 741.46 |
| 8 | CITY OF CHICAGO DEPARTMENT OF REVENUE | $ 634.40 | $ 0.00 | $ 433.39 |
| 9 | PREMIER BANKCARD/ CHARTER | $ 445.67 | $ 0.00 | $ 304.46 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,434.13 | $ 0.00 | $ 979.72 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,036.04 | $ 0.00 | $ 707.76 |
| 12 | REGIONAL ACCEPTANCE CORPORATION | $ 15,613.91 | $ 0.00 | $ 10,666.55 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 22,572.67 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE