## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **CASE NO. 12-15992** |
| | ) | **CHAPTER 7** |
| **MICHAEL THOMAS,** | ) | |
| Debtor(s). | ) | **JUDGE PAMELA HOLLIS** |
| | ) | **(Joliet)** |

### NOTICE OF MOTION

To:     See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 14th day of June, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

*/s/ Peter N. Metrou*
**Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

**Via First-Class Mail**

Applied Card Bank
Attention: Bankruptcy
Po Box 17125
Wilmington, DE 19850-7125

Assistant Attorney General
Tax Division
P.O. Box 55 Ben Franklin Station
Washington, DC 20044-0055

Barclays Bank Delaware
Attention: Bankruptcy
Po Box 1337
Philadelphia, PA 19101

Bureaus Investment Group Portfolio No 15
LLC
c/o Recovery Management Systems Corp
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Calvary Portfolio Services LLC
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595-2322

Camille Thomas
c/o State Disbursement Unit
P.O. Box 5400
Carol Stream, IL 60197-5400

City of Chicago - Dep't of Revenue
PO Box 88292
Chicago, IL 60680-1292

City of Chicago Department of Revenue
c/o Arnold Scott Harris PC
222 Merchandise Mart Plaza Ste.1932
Chicago, IL 60654-1420

Collection/Credit Collection services
Po Box 9133
Needham, MA 02494-9133

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ernesto D Borges
Ledford Wu and Borges
105 W Madison Street
23rd Floor
Chicago, IL 60602-4647

FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104-4868

GE Capital Retail Bank
c/o Recovery Management Systems Corp
25 SE 2nd Ave Suite 1120
Miami FL 33131-1605

Gemb/walmart
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

Heritage Acceptance Corp
121 S Main St.
Elkhart, IN 46516

Internal Revenue Serivce
P.O. Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
Official Bankruptcy Address
PO Box 7317
Philadelphia, PA 19101-7317

Katrina A Cox
Law Office of Katrina A. Cox
53 W. Jackson Blvd. Ste. 724
Chicago, IL 60604-3474

KEYSTONE RECOVERY PARTNERS
LLC, SERIES A
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121-3132

Marc Wagman
Marc G. Wagman Attorney at Law
440 Raintree Court Unit 2L
Glen Ellyn, IL 60137-6731

Premier Bankcard/Charter
P.O. Box 2208
Vacaville, CA 95696-8208

Metabnk/fhut
6250 Ridgewood Roa
Saint Cloud, MN 56303-0820

Michael Thomas
4718 W. Lilac
Monee, IL 60449-8747

Regional Acceptance Co
Attn: Bankruptcy
266 Beacon Ave
Winterville, NC 28590-7924

The Bureaus Inc.
Attention: Bankruptcy Dept.
1717 Central St.
Evanston, IL 60201-1507

SERVICE LIST

**Via First-Class Mail**

Martin A. Lear
Law Offices of Ernesto Borges
105 West Madison
23rd Floor
Chicago, IL 60602-4647

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
RaZor Capital II LLC
PO Box 788
Kirkland, WA  98083-0788

Regional Acceptance Corporation
PO Box 1847
Wilson, NC 27894-1847

**Via ECF**

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MICHAEL THOMAS | § | Case No. 12-15992 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/07/2017 in Courtroom ,

Joliet City Hall
150 West Jefferson Street, 2nd Floor
Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/14/2017            By: /s/ Peter N. Metrou
                                        Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| MICHAEL THOMAS | § | Case No. 12-15992 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 175,000.00 |
| and approved disbursements of | $ | 138,097.96 |
| leaving a balance on hand of[1] | $ | 36,902.04 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Railroad Retirement Board | $ 11,033.01 | $ 11,033.01 | $ 11,033.01 | $ 0.00 |
| | Assurance Operation Services | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 0.00 |
| | Orland Finance | $ 56,216.05 | $ 56,216.05 | $ 56,216.05 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 36,902.04 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou | $ 11,250.00 | $ 0.00 | $ 11,250.00 |
| Trustee Expenses: Peter N. Metrou | $ 79.37 | $ 0.00 | $ 79.37 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees: Harrington, Thompson, Acker & Harrington, Ltd. | $ 43,750.00 | $ 43,750.00 | $ 0.00 |
| Attorney for Trustee Expenses: Harrington, Thompson, Acker & Harrington, Ltd. | $ 6,597.88 | $ 6,597.88 | $ 0.00 |
| Other: Chuhak & Tecson P. C. | $ 2,840.00 | $ 2,840.00 | $ 0.00 |
| Other: Ernesto Borges | $ 3,000.00 | $ 0.00 | $ 3,000.00 |

Total to be paid for chapter 7 administrative expenses      $ 14,329.37

Remaining Balance      $ 22,572.67

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,042.33  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  68.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY | $ 3,770.77 | $ 0.00 | $ 2,575.98 |
| 2 | HERITAGE ACCEPTANCE CORP | $ 7,290.19 | $ 0.00 | $ 4,980.25 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | KEYSTONE RECOVERY PARTNERS LLC, SERIES A | $ 732.06 | $ 0.00 | $ 500.10 |
| 4 | GE CAPITAL RETAIL BANK | $ 171.33 | $ 0.00 | $ 117.04 |
| 5 | CALVARY PORTFOLIO SERVICES LLC | $ 828.46 | $ 0.00 | $ 565.96 |
| 6 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | $ 1,085.37 | $ 0.00 | $ 741.46 |
| 8 | CITY OF CHICAGO DEPARTMENT OF REVENUE | $ 634.40 | $ 0.00 | $ 433.39 |
| 9 | PREMIER BANKCARD/ CHARTER | $ 445.67 | $ 0.00 | $ 304.46 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,434.13 | $ 0.00 | $ 979.72 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,036.04 | $ 0.00 | $ 707.76 |
| 12 | REGIONAL ACCEPTANCE CORPORATION | $ 15,613.91 | $ 0.00 | $ 10,666.55 |

Total to be paid to timely general unsecured creditors     $            22,572.67

Remaining Balance                                          $                  0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.