UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                §
                                      §
MICHAEL THOMAS                        §       Case No. 12-15992
                                      §
        Debtor                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 23,700.00<br>*(Without deducting any secured claims)* | Assets Exempt: 16,142.00 |
| Total Distributions to Claimants: 92,321.73 | Claims Discharged<br>Without Payment: 11,994.66 |
| Total Expenses of Administration: 67,678.27 | |

3) Total gross receipts of $ 175,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 160,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 21,313.00 | $ 90,790.71 | $ 90,790.71 | $ 69,749.06 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 68,178.27 | 67,678.27 | 67,678.27 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 29,668.00 | 33,042.33 | 33,042.33 | 22,572.67 |
| **TOTAL DISBURSEMENTS** | $ 50,981.00 | $ 192,011.31 | $ 191,511.31 | $ 160,000.00 |

4)  This case was originally filed under chapter on  04/19/2012 , and it was converted to chapter 7 on  01/30/2013 .  The case was pending for 56 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/14/2017                    By:/s/Peter N. Metrou, Trustee
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Federal Employers Liability Act Lawsuit | 1242-000 | 175,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$175,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Camille Thomas | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | REGIONAL ACCEPTANCE CORPORATION | 4110-000 | 21,313.00 | 21,041.65 | 21,041.65 | 0.00 |
| | Assurance Operation Services | 4210-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| | Orland Finance | 4210-000 | NA | 56,216.05 | 56,216.05 | 56,216.05 |
| | Railroad Retirement Board | 4210-000 | NA | 11,033.01 | 11,033.01 | 11,033.01 |
| **TOTAL SECURED CLAIMS** | | | **$ 21,313.00** | **$ 90,790.71** | **$ 90,790.71** | **$ 69,749.06** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 11,250.00 | 11,250.00 | 11,250.00 |
| Peter N. Metrou | 2200-000 | NA | 79.37 | 79.37 | 79.37 |
| Associated Bank | 2600-000 | NA | 161.02 | 161.02 | 161.02 |
| Chuhak & Tecson P. C. | 3210-000 | NA | 2,840.00 | 2,840.00 | 2,840.00 |
| Harrington, Thompson, Acker & Harrington, Ltd. | 3210-000 | NA | 43,750.00 | 43,750.00 | 43,750.00 |
| Harrington, Thompson, Acker & Harrington, Ltd. | 3220-000 | NA | 6,597.88 | 6,597.88 | 6,597.88 |
| Ernesto Borges | 3701-000 | NA | 3,500.00 | 3,000.00 | 3,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 68,178.27 | $ 67,678.27 | $ 67,678.27 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Camille Thomas;c/o State Disbursement Unit;PO Box 5400;Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Collection/Credit Collection services Po Box 9133 Needham, MA 02494 | | 136.00 | NA | NA | 0.00 |
| | Fifth Third Bank Chicago PO Box 630778 Cincinnati, OH 45263 | | 1,100.00 | NA | NA | 0.00 |
| | Metabnk/fhut 6250 Ridgewood Roa Saint Cloud, MN 56303 | | 289.00 | NA | NA | 0.00 |
| 6 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | 7100-000 | 1,072.00 | 1,085.37 | 1,085.37 | 741.46 |
| 5 | CALVARY PORTFOLIO SERVICES LLC | 7100-000 | 826.00 | 828.46 | 828.46 | 565.96 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | CITY OF CHICAGO DEPARTMENT OF REVENUE | 7100-000 | 635.00 | 634.40 | 634.40 | 433.39 |
| 1 | DEPARTMENT OF THE TREASURY | 7100-000 | 11,268.00 | 3,770.77 | 3,770.77 | 2,575.98 |
| 4 | GE CAPITAL RETAIL BANK | 7100-000 | 171.00 | 171.33 | 171.33 | 117.04 |
| 2 | HERITAGE ACCEPTANCE CORP | 7100-000 | 11,559.00 | 7,290.19 | 7,290.19 | 4,980.25 |
| 3 | KEYSTONE RECOVERY PARTNERS LLC, SERIES A | 7100-000 | 732.00 | 732.06 | 732.06 | 500.10 |
| 9 | PREMIER BANKCARD/ CHARTER | 7100-000 | 446.00 | 445.67 | 445.67 | 304.46 |
| 10 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,434.00 | 1,434.13 | 1,434.13 | 979.72 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 1,036.04 | 1,036.04 | 707.76 |
| 12 | REGIONAL ACCEPTANCE CORPORATION | 7100-000 | NA | 15,613.91 | 15,613.91 | 10,666.55 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 29,668.00 | $ 33,042.33 | $ 33,042.33 | $ 22,572.67 |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-15992 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL THOMAS | | | | Date Filed (f) or Converted (c): | 01/30/2013 (c) |
| | | | | | 341(a) Meeting Date: | 02/28/2013 |
| For Period Ending: | 09/14/2017 | | | | Claims Bar Date: | 08/11/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Savings Account - Fifth Third Bank | 2.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account - Fifth Third Bank | 40.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Used Household Goods | 800.00 | 0.00 | | 0.00 | FA |
| 4. Personal Used Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 5. Employer Term Life Insurance - No Cash Surrender V | 0.00 | 0.00 | | 0.00 | FA |
| 6. Pension Through Employer | 0.00 | 0.00 | | 0.00 | FA |
| 7. 2003 Nissan Altima - 66,000 Miles Value Per NADA C | 9,700.00 | 0.00 | | 0.00 | FA |
| 8. 2011 Nissan Versa - 10,000 Miles Value Per NADA Cl | 14,000.00 | 0.00 | | 0.00 | FA |
| 9. Federal Employers Liability Act Lawsuit       (u) | 300,000.00 | 175,000.00 | | 175,000.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)       $324,842.00       $175,000.00       $175,000.00       $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case re-opened 4-10-15. Employed counsel to pursue pending PI case 5/24/2015. Objection to exemptions pending and employed counsel Attorney Stein 10-30-15. Objection to exemption granted. Settlement completed and approved by court 11-15-2016--awaiting funds.

RE PROP #       9 --   Unscheduled Pending Lawsuit. Objection to exemption pending. Debtor amended schedules with a value of $300,000 of which actual value is truly not known at this time.

Initial Projected Date of Final Report (TFR): 05/07/2016       Current Projected Date of Final Report (TFR): 05/01/2017

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-15992 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MICHAEL THOMAS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5827 |
| | Checking |
| Taxpayer ID No: XX-XXX4423 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Amtrak<br>30th and Market Streets<br>Philadelphia, PA 19104 | Settlement on Personal Injury Case | | $163,966.99 | | $163,966.99 |
| | | | Gross Receipts   $175,000.00 | | | | |
| | | Railroad Retirement Board | PI Lien Payment   ($11,033.01) | 4210-000 | | | |
| | 9 | | Federal Employers Liability Act Lawsuit   $175,000.00 | 1242-000 | | | |
| 02/20/17 | 5001 | Harrington, Thompson, Acker & Harrington, Ltd.<br>1 North LaSalle Dr.<br>Suite 3150<br>Chicago, IL 60602 | Court Approved Attorneys fees<br>See Dckt # 63 | 3210-000 | | $43,750.00 | $120,216.99 |
| 02/20/17 | 5002 | Harrington, Thompson, Acker & Harrington, Ltd.<br>1 North LaSalle Dr.<br>Suite 3150<br>Chicago, IL 60602 | Court Approved Attorneys Costs<br>See dckt# 63 | 3220-000 | | $6,597.88 | $113,619.11 |
| 02/20/17 | 5003 | Orland Finance<br>14300 Ravinia Ave.<br>Suite 200<br>Orland Park, IL 60462 | Court Approved Attorneys Costs<br>See dckt# 63 | 4210-000 | | $56,216.05 | $57,403.06 |
| 02/20/17 | 5004 | Assurance Operation Services<br>SourceRM-Subro<br>Anthem Right of Receovery Depart<br>P.O. Box 11096<br>Lexington, KY 40512 | Court Approved<br>See dckt# 63 | 4210-000 | | $2,500.00 | $54,903.06 |
| 02/20/17 | 5005 | Camille Thomas<br>4718 W. Lilac<br>Monee, IL 60449 | Court Approved exemption<br>See dckt# 63 | 8100-002 | | $15,000.00 | $39,903.06 |
| 02/20/17 | 5006 | Chuhak & Tecson P. C.<br>30 S. Wacker Drive, 26th Floor<br>Chicago, IL 60606 | Court Approved Attorneys fees<br>See dckt# 65 | 3210-000 | | $2,840.00 | $37,063.06 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $161.02 | $36,902.04 |

Page Subtotals:   $163,966.99   $127,064.95

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 12-15992 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MICHAEL THOMAS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5827 |
| | Checking |
| Taxpayer ID No: XX-XXX4423 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/17 | 5007 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $11,329.37 | $25,572.67 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($11,250.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($79.37) | 2200-000 | | | |
| 07/07/17 | 5008 | Ernesto Borges<br>Ledford, Wu, and Borges<br>105 W. Madison Street<br>23rd Floor<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | 3701-000 | | $3,000.00 | $22,572.67 |
| 07/07/17 | 5009 | DEPARTMENT OF THE TREASURY<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Final distribution to claim 1 representing a payment of 68.31 % per court order. | 7100-000 | | $2,575.98 | $19,996.69 |
| 07/07/17 | 5010 | HERITAGE ACCEPTANCE CORP<br>121 S MAIN ST.<br>ELKHART, IN 46516 | Final distribution to claim 2 representing a payment of 68.31 % per court order. | 7100-000 | | $4,980.25 | $15,016.44 |
| 07/07/17 | 5011 | KEYSTONE RECOVERY PARTNERS LLC, SERIES A<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Final distribution to claim 3 representing a payment of 68.31 % per court order. | 7100-000 | | $500.10 | $14,516.34 |
| 07/07/17 | 5012 | GE CAPITAL RETAIL BANK<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 4 representing a payment of 68.31 % per court order. | 7100-000 | | $117.04 | $14,399.30 |
| 07/07/17 | 5013 | CALVARY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR. SUITE 400<br>VALHALLA, NY 10595 | Final distribution to claim 5 representing a payment of 68.31 % per court order. | 7100-000 | | $565.96 | $13,833.34 |
| 07/07/17 | 5014 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI FL 33131-1605 | Final distribution to claim 6 representing a payment of 68.31 % per court order. | 7100-000 | | $741.46 | $13,091.88 |
| | | | Page Subtotals: | | $0.00 | $23,810.16 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-15992 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: MICHAEL THOMAS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5827 |
| | Checking |
| Taxpayer ID No: XX-XXX4423 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/07/17 | 5015 | CITY OF CHICAGO DEPARTMENT OF REVENUE<br>C/O ARNOLD SCOTT HARRIS PC<br>222 MERCHANDISE MART PLAZA STE.1932<br>CHICAGO, IL 60654 | Final distribution to claim 8 representing a payment of 68.31 % per court order. | 7100-000 | | $433.39 | $12,658.49 |
| 07/07/17 | 5016 | PREMIER BANKCARD/ CHARTER<br>P.O. Box 2208<br>Vacaville, CA 95696 | Final distribution to claim 9 representing a payment of 68.31 % per court order. | 7100-000 | | $304.46 | $12,354.03 |
| 07/07/17 | 5017 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final distribution to claim 10 representing a payment of 68.31 % per court order. | 7100-000 | | $979.72 | $11,374.31 |
| 07/07/17 | 5018 | QUANTUM3 GROUP LLC AS AGENT FOR<br>RaZor Capital II LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Final distribution to claim 11 representing a payment of 68.31 % per court order. | 7100-000 | | $707.76 | $10,666.55 |
| 07/07/17 | 5019 | REGIONAL ACCEPTANCE CORPORATION<br>PO BOX 1847<br>WILSON, NC 27894-1847 | Final distribution to claim 12 representing a payment of 68.31 % per court order. | 7100-000 | | $10,666.55 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $163,966.99 | $163,966.99 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $163,966.99 | $163,966.99 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $163,966.99 | $148,966.99 |

Page Subtotals: $0.00   $13,091.88

UST Form 101-7-TDR (10/1/2010) (Page: 10)

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5827 - Checking | $163,966.99 | $148,966.99 | $0.00 |
|  | $163,966.99 | $148,966.99 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $11,033.01 |
|---|---|
| Total Net Deposits: | $163,966.99 |
| Total Gross Receipts: | $175,000.00 |

Page Subtotals:  $0.00  $0.00